NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1264

WAVESTREAM  CORPORATION,

Plaintiff-Appellant,

v.

CAP WIRELESS, INC.,

Defendant-Appellee.

Charles S. Barquist, Morrison & Foerster LLP, of Los Angeles, California, argued for plaintiff-appellant.  With him on the brief were Anthony L. Press, and Brian F. McMahon.

Robert E. Camors, Jr., Thelen Reid Brown Raysman & Steiner, LLP, of San Jose, California, argued for defendant-appellee.  With him on the brief were David B. Ritchie, and Richard S. Swope.  Of counsel was Nguyen Huu Nguyen.

Appealed from:  United States District Court for the Central  District of California

Judge S. James Otero

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1264

WAVESTREAM CORPORATION,

Plaintiff-Appellant,

v.

CAP WIRELESS, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE
                       CENTRAL DISTRICT OF CALIFORNIA

In CASE NO(S).         05-CV-4254.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and LOURIE, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: December 7, 2007            /s/ Jan Horbaly
                                   Jan Horbaly, Clerk